VALENTI LAW APC
Matt Valenti, Esq. (State Bar No. 253978)
E-mail: mattvalenti@valentilawapc.com
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189

Attorney for Plaintiff Scott Schutza

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA, | Case No.:  3:24-cv-02429-H-VET |
| Plaintiff, | NOTICE OF SETTLEMENT |
| vs. | |
| POTATO SHACK CAFE, LLC; LUCY DE LA TORRE; EDWARD DE LA TORRE; and DOES 1-10, | |
| Defendants. | |

1     Plaintiff SCOTT SCHUTZA hereby notifies the court that a global

2   settlement has been reached in the above-captioned case and the parties would like

3   to avoid any additional expense and further the interests of judicial economy.

4   Plaintiff therefore applies to this Honorable Court to vacate all currently set dates

5   with the expectation that Plaintiff will file a Notice of Dismissal with prejudice as

6   to all parties pursuant to F.R.Civ.P. 41(a)(1)(A)(i) within 60 days.

7

8   Respectfully submitted,

9

10   DATED:  March 18, 2025                           VALENTI LAW APC

11

12                                           By:  */s/ Matt Valenti*

13                                                Matt Valenti, Esq.

14                                                Attorney for Plaintiff
                                                 Scott Schutza
15

16

17

18

19

20

21

22

23

24

25

26

27

28