1 | Matt Valenti, Esq. (State Bar No. 253978)
2 | E-mail: mattvalenti@valentilawapc.com
  | VALENTI LAW APC
3 | 5252 Balboa Avenue, Suite 700
4 | San Diego, CA 92117
  | Phone: (619) 540-2189
5
6 | Attorney for Plaintiff Scott Schutza

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| SCOTT SCHUTZA, | Case No.: 3:24-cv-02429-H-VET |
|---|---|
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. RULE CIV. PROC. 41 (a)(1)(A)(i) |
| vs. | |
| POTATO SHACK CAFE, LLC; LUCY DE LA TORRE; EDWARD DE LA TORRE; and DOES 1-10, | |
| Defendants. | |

# NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff Scott Schutza voluntarily dismisses this action <u>with</u> prejudice as to all Defendants; each party to bear his/her/its own attorneys' fees and costs. The case has been settled.

Respectfully submitted,

DATED:  March 31, 2025                     VALENTI LAW APC


                                By:  */s/ Matt Valenti*
                                     Matt Valenti, Esq.
                                     Attorney for Plaintiff
                                     Scott Schutza